SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
HAYLEY S. GRUNVALD, Cal. Bar No. 227909
hgrunvald@sheppardmullin.com
12275 El Camino Real, Suite 200
San Diego, California 92130-4092
Telephone:  858.720.8900
Facsimile:   858.509.3691

Attorneys for Defendant,
TORRID LLC

WILSHIRE LAW FIRM
Thiago Coelho, Esq. (SBN: 324715)
thiago@wilshirelawfirm.com
Binyamin Manoucheri, Esq. (SBN: 336468)
binyamin@wilshirelawfirm.com
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone:  (213) 381-9988
Facsimile:   (213) 381-9989

Attorneys for Plaintiff,
THUY THANH ALONZO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO,<br><br>Plaintiff,<br><br>v.<br><br>TORRID LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No. 2:21-cv-07302 DMG JC<br><br>Hon. Dolly M. Gee<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Action Filed:   September 13, 2021<br>Trial Date:      None Set |

The Parties by and through counsel hereby jointly give the Court notice that Plaintiff THUY THANH ALONZO and Defendant TORRID LLC (collectively, "The Parties") have reached a settlement in this matter.

The Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within forty-five (45) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

Dated: January 7, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By  /s/ *Hayley S. Grunvald*
HAYLEY S. GRUNVALD

Attorneys for TORRID LLC

Dated: January 7, 2022

WILSHIRE LAW FIRM

By  /s/ *Binyamin Manoucheri*
THIAGO COELHO
BINYAMIN MANOUCHERI

Attorneys for THUY THANH ALONZO

-2-

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Hayley S. Grunvald, hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 7, 2022

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ *Hayley S. Grunvald*
HAYLEY S. GRUNVALD
Attorneys for TORRID LLC