Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binaymin@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorney for Plaintiff*

Hayley S. Grunvald (SBN 227909)
hgrunvald@sheppardmullin.com
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
12275 El Camino Real, Suite 200
San Diego, CA 92130
Telephone: (858) 720-8900
Facsimile: (858) 509-3691

*Attorneys for Defendant,*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> TORRID LLC, a California limited liability company; and DOES 1 to 10, inclusive, <br><br> Defendants. | CASE NO.:   2:21-cv-07302-DMG-JC <br><br> *Assigned to Hon. Dolly M. Gee* <br><br> **JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER** |

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Thuy Thanh Alonzo ("Plaintiff"), and Defendant Torrid LLC ("Defendant"), stipulate and jointly request that the Court enter a dismissal with prejudice. Each party shall bear his or its own costs, experts' fees, attorneys' fees, and attorneys' expenses.

Respectfully Submitted,

DATED: February 1, 2022         **WILSHIRE LAW FIRM**

By: */s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff*

DATED: February 1, 2022         **SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**

By: */s/ Hayley S. Grunvald*
Hayley S. Grunvald
*Attorneys for Defendant, Torrid LLC*

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd, 12th Floor
Los Angeles, CA 90010-1137

JOINT STIPULATED REQUEST FOR DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a); [PROPOSED] ORDER

## SIGNATURE ATTESTATION

Pursuant to Local Rule 5-4.3.4 (a)(2)(i), the filers of this report attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 1, 2022       By: /s/ *Thiago M. Coelho*
                                  Thiago M. Coelho