# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THUY THANH ALONZO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TORRID LLC, a California limited liability company; and DOES 1 to 10, inclusive,<br><br>Defendant. | Case No.: CV 21-7302-DMG (JCx)<br><br>**ORDER RE STIPULATED REQUEST FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1) [18]** |

Upon due consideration of the parties' stipulation, and good cause appearing, the Court DISMISSES the above-captioned action with prejudice as to Plaintiff's claims. Each party shall bear its own costs, experts' fees, attorneys' fees, and attorneys' expense. All dates and deadlines are VACATED.

**IT IS SO ORDERED.**

DATED: February 4, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE